**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JILL WITTE, Individually And On Behalf Of
All Others Similarly Situated,

                        Plaintiff,

         -against-

CRONOS GROUP INC., MICHAEL
GORENSTEIN, and JERRY F. BARBATO,

                        Defendants.

Case No.: 2:20-cv-01310 (ENV)(SIL)

DONALD FINCH, Individually And On Behalf
Of All Others Similarly Situated,

                        Plaintiff,

         -against-

CRONOS GROUP INC., MIKE
GORENSTEIN, and JERRY BARBATO,

                        Defendants.

Case No.: 2:20-cv-01324 (JMA)(ST)

**MOVANT JACK LEVANDOWSKI'S NOTICE OF MOTION FOR CONSOLIDATION**
**OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE THAT Jack Levandowski ("Movant"), by his counsel, will respectfully move on a date and time convenient to the Court for an Order: (1) consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; (2) appointing Movant as Lead Plaintiff in the consolidated action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78-u4(a)(3)(B)(i); (3) approving Movant's selection of the law firm of Rigrodsky & Long, P.A. to serve as Lead Counsel pursuant to 15 U.S.C. § 78-u4(a)(3)(B)(v); (4) entry of the Proposed Order herewith; and (5) granting such other and further relief as the Court may deem just and proper.  In support

of this Motion, Movant submits herewith a Memorandum of Law, the Declaration of Timothy J.

MacFall, and a proposed Order.

Dated:  May 11, 2020                              Respectfully submitted,

                                          **RIGRODSKY & LONG, P.A.**

                                    By: */s/ Timothy J. MacFall*
                                          Seth D. Rigrodsky
                                          Timothy J. MacFall
                                          825 East Gate Boulevard, Suite 300
                                          Garden City, NY 11530
                                          Telephone: (516) 683-3516
                                          Email: sdr@rl-legal.com
                                          Email: tjm@rl-legal.com

                                          ***Attorneys for Movant Jack Levandowski***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2020, I caused true and accurate copies of the foregoing

papers to be served upon all counsel of record via CM/ECF.

*/s/ Timothy J. MacFall*
Timothy J. MacFall