UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILL WITTE, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO,<br><br>                              Defendants. | Case No. 2:20-cv-01310-ENV-SIL<br><br>**NOTICE OF MOTION AND MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT GAO YONGBIN AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| DONALD FINCH, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>CRONOS GROUP INC., MIKE GORENSTEIN, and JERRY F. BARBATO,<br><br>                              Defendants. | Case No. 2:20-cv-01324-JMA-ST |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to the Lead Plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), class member Gao Yongbin, M.D. ("Dr. Gao" or "Movant") hereby moves the Honorable Judge Eric N. Vitaliano and Magistrate Judge Steven I. Locke, United States District Court for the Eastern District of New York, for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Dr. Gao as Lead Plaintiff in this action against Cronos Group Inc. ("Cronos Group," "CRON," or the "Company"), and certain Cronos Group senior officers (referred to collectively

- 1 -

as "Defendants"), (3) approving Dr. Gao's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel in this action, and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.

Dr. Gao makes this motion on the belief that Dr. Gao is the most "adequate plaintiff" as defined in the PSLRA because:

1. Dr. Gao has the largest known financial interest in the relief sought by the Class. Dr. Gao has incurred substantial losses as a result of his purchase and/or acquisition of shares of Cronos Group securities; and

2. Dr. Gao satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.

WHEREFORE, Dr. Gao respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint Dr. Gao as the Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (3) approve Dr. Gao's selection of Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED: May 11, 2020

Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By      */s/ Jason A. Zweig*
   Jason A. Zweig, JZ-8107

555 Fifth Avenue, Suite 1700

- 2 -

010895-11/1266147 V1

New York, NY  10017
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
jasonz@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff Gao Yongbin, M.D.*

- 3 -

010895-11/1266147 V1

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Jason A. Zweig
JASON A. ZWEIG

- 4 -

010895-11/1266147 V1