**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JILL WITTE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO,<br><br>Defendants. | Case No. 2:20-cv-01310-ENV-SIL |
| DONALD FINCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CRONOS GROUP INC., MIKE GORENSTEIN, and JERRY BARBATO,<br><br>Defendants | Case No. 2:20-cv-01324-JMA-ST |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF MOTION OF BEN PEARL FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Ben Pearl ("Movant") and proposed Lead Counsel for the Class in the above-captioned action. I make this declaration in support of Movant's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published March 11, 2020 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Signed PSLRA Certifications of Movant;

Exhibit C:    Table of Movant's calculated losses, as a result of transactions in Cronos Group Inc. securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 11th day of May 2020.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 11, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 11, 2020, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh