UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILL WITTE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO,<br><br>Defendants. | Case No. 2:20-cv-01310-ENV-SIL<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF GAO YONGBIN'S MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT GAO YONGBIN AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| DONALD FINCH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CRONOS GROUP INC., MIKE GORENSTEIN, and JERRY F. BARBATO,<br><br>Defendants. | Case No. 2:20-cv-01324-JMA-ST |

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Gao Yongbin, M.D. ("Dr. Gao" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Movant's Certification;

Exhibit B:      Movant's Loss Chart;

- 1 -

Exhibit C:    Movant's Declaration;

Exhibit D:    Notice of pendency of class action published in *Globe NewsWire*, a national business-oriented wire service, on March 11, 2020; and

Exhibit E:    Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of May 2020, at San Diego, California.

*/s/ Lucas E. Gilmore*

LUCAS E. GILMORE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Jason A. Zweig*
JASON A. ZWEIG

010895-11/1266191 V1