**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JILL WITTE, Individually and On Behalf of All Others Similarly Situated, <br><br>                 Plaintiff, <br><br>      v. <br><br> CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO, <br><br>               Defendants. | No. 2:20-cv-01310-ENV-SIL <br><br> Judge Eric N. Vitaliano <br><br> <u>CLASS ACTION</u> <br><br> <u>ORAL ARGUMENT REQUESTED</u> |
| DONALD FINCH, Individually And On Behalf Of All Others Similarly Situated, <br><br>               Plaintiff, <br><br>     -against- <br><br> CRONOS GROUP INC., MIKE GORENSTEIN, and JERRY BARBATO, <br><br>               Defendants. | No. 2:20-cv-01324-JMA-ST <br><br> Judge Joan M. Azrack |

**MOTION OF KEITH D. NORMAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on a date and at a time to be designated by the Court, proposed Lead Plaintiff Keith D. Norman ("Norman") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (i) consolidating the above-captioned actions (the "Action"); (ii) appointing Norman as Lead Plaintiff; (iii) approving Norman's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Norman is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Norman also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims, and because Norman will fairly and adequately represent the Class.

This Motion is based upon the accompanying Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.[1]

WHEREFORE, Norman respectfully requests that the Court grant his motion and enter an Order: (i) consolidating the above-captioned actions; (ii) appointing Norman as Lead Plaintiff;

---

[1]  Counsel for Norman is aware of this Court's rule which requires that motion-related papers are not to be filed until the entire motion is fully briefed.  However, the PSLRA requires any class member, regardless of whether they filed a complaint, to file a motion no later than 60 days after publication of the notice.  15 U.S.C. §78u-4(a)(3)(A).  The notice in this case was published on March 11, 2020, and all motions are statutorily due by May 11, 2020.  Accordingly, to comply with the  PSLRA, counsel respectfully requests waiver of compliance with Your Honor's requirement in this narrow instance.

(iii) approving Norman's selection of Labaton Sucharow as Lead Counsel for the Class; and

(iv) granting such other and further relief as the Court may deem just and proper.

DATED:  May 11, 2020

Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON SUCHAROW LLP**
Christopher J. Keller
Eric J. Belfi
Francis P. McConville
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant Keith D. Norman and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Keith D. Norman*