**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JILL WITTE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO,<br><br>     Defendants. | Case No.: 2:20-cv-01310-ENV<br><br>Hon. Eric N. Vitaliano |
| DONALD FINCH, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO,<br><br>     Defendants. | Case No.: 2:20-cv-01324-JMA<br><br>Hon. Joan M. Azrack |

**NOTICE OF MOTION OF DOUGLAS SIMPSON JR., NIRAL PATEL, AND LORNE S. MILLS FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL**

   **TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Douglas Simpson, Niral Patel, and Lorne S. Mills ("Movants") respectfully move this Court for an order: (1) consolidating the above captioned related actions (the "Actions"); (2) appointing Movants as Lead Plaintiffs pursuant to §21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movants' selection of Levi & Korsinsky, LLP and Pomerantz LLP as Co-Lead Counsel for the Class.

Movants seek consolidation of the Actions, appointment as lead plaintiffs, and approval of their choice of counsel pursuant to the Exchange Act of 1934, Federal Rules of Civil Procedure, and PSLRA.  This motion is based on this Notice, the attached Memorandum of Law, the Declaration of Shannon L. Hopkins in support thereof, including Exhibits A-F, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated:  May 11, 2020                              Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
1111 Summer Street, Suite 403
Stamford, CT 06905
Telephone.: (203) 992-4523
shopkins@zlk.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
(*pro hac vice application* forthcoming)
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
pdahlstrom@pomlaw.com

*Co-Lead Counsel for Douglas Simpson Jr., Niral Patel, and Lorne S. Mills, and proposed Co-Lead Counsel for the Class*

2

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Niral Patel*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com

*Additional Counsel for Lorne S. Mills*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, I caused the foregoing Notice of Motion and accompanying Memorandum of Law, Declaration of Shannon L. Hopkins, and Proposed Order to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

/s/ Shannon L. Hopkins
Shannon L. Hopkins