**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JILL WITTE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO, <br><br> Defendants. | Case No.: 2:20-cv-01310-ENV <br><br> Hon. Eric N. Vitaliano |
| DONALD FINCH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY F. BARBATO, <br><br> Defendants. | Case No.: 2:20-cv-01324-JMA <br><br> Hon. Joan M. Azrack |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF DOUGLAS SIMPSON JR., NIRAL PATEL, AND LORNE S. MILLS'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), cocounsel for lead plaintiff movants Douglas Simpson, Niral Patel, and Lorne S. Mills ("Movants") and proposed Co-Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' motion for consolidation of the above-captioned actions (the "Actions"), appointment

as lead plaintiffs, and approval of their selection of Levi & Korsinsky and Pomerantz LLP ("Pomerantz") as Co-Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    PSLRA Certifications signed by Movants attesting to their purchases of Cronos, Inc. ("Cronos") securities;

Exhibit B:    Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Cronos securities;

Exhibit C:    Press Release published March 11, 2020, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Witte v. Cronos Group, Inc.*, No. 2:20-cv-01310 (E.D.N.Y.);

Exhibit D:    Joint Declaration of Movants;

Exhibit E:    Firm Résumé of Levi & Korsinsky, proposed Co-Lead Counsel for the Class.

Exhibit F:    Firm Résumé of Pomerantz, proposed Co-Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 11th day of May, 2020.

 */s/ Shannon L. Hopkins*
Shannon L. Hopkins