**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JILL WITTE, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-CV-01310-ENV-SIL |
| Plaintiff, | CLASS ACTION |
| v. | |
| CRONOS GROUP INC., MICHAEL GORENSTEIN, and JERRY BARBATO, | |
| Defendants. | |

**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF ROBERT GARTLAND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Richard W. Gonnello, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Robert Gartland ("Gartland") for (1) appointment as Lead Plaintiff; and (2) approval of Gartland's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.  I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.    Attached as Exhibits A through D are true and correct copies of the following documents:

Exhibit A: Notice of Pendency of Action

Exhibit B: Gartland's PSLRA Certification

Exhibit C: Chart of Gartland's Losses

Exhibit D: Firm Resume of Faruqi & Faruqi, LLP

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of May 2020 at Hastings-on-Hudson, NY.

/s/ Richard W. Gonnello
Richard W. Gonnello

1